In the Matter of the Application of the CITY OF ROCHESTER to Acquire Right to draw Water from Hemlock and Canadice Lakes.

(Argued April 29, 1890; decided June 3, 1890.)

APPEAL from order of the General Term of the Supreme Court in the fifth judicial department, made January 24, 1890, which reversed an order of the Special Term, denying a motion by Alexander M. Holden to be allowed to intervene and file a notice of his claim upon the award granted, and which granted the motion.

*Theodore Bacon* for appellant.

*William F. Cogswell* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

JOHN P. WHITNEY et al., Respondents, *v.* THE HOP BITTERS MANUFACTURING COMPANY, Appellant.

(Argued May 1, 1890; decided June 3, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made the first Tuesday of October, 1888, which affirmed a judgment in favor of plaintiffs entered upon the report of a referee.

*William F. Cogswell* and *J. Welling* for appellant.

*J. A. Stull* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.